IN THE SUPREME COURT OF THE STATE OF NEVADA

LENNOX INDUSTRIES, INC., A DELAWARE CORPORATION, PRINCIPAL PLACE OF BUSINESS IN TEXAS, REGISTERED IN NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE,
Respondents,
and
ASPEN MANUFACTURING, INC.; AND RICHMOND AMERICAN HOMES OF NEVADA, INC.,
Real Parties in Interest.

No. 69659



FILED

MAY 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to amend a cross-claim.

Having considered the parties' arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular,

16-16628

petitioner has an adequate remedy in the form of an appeal from a final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:  Hon. Joanna Kishner, District Judge
     Selman Breitman, LLP
     Wood, Smith, Henning & Berman, LLP/Las Vegas
     Hansen Rasmussen, LLC
     Eighth District Court Clerk